```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

United States of America

    v.                                            2:16-cr-10-1

Kenitha L. Ferguson

<u>ORDER</u>

    There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 48) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to Count 1 of the indictment, and she is hereby adjudged guilty on that count.  The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: August 18, 2016                        s\James L. Graham
                                          James L. Graham
                                          United States District Judge